PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HANG GONG,<br><br>                Plaintiff,<br><br>    v.<br><br>PAMELA BONDI[1], Attorney General, United States Department of Justice, *et al.*<br><br>                Defendants. | Case No. 5:25-cv-00273-NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until May 19, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") has scheduled Plaintiff for an interview on April 3, 2025. Following the interview, USCIS will work diligently towards completing adjudication of Plaintiff's application, absent unforeseen or

---

[1] Pamela Bondi is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
Case No. 5:25-cv-00273-NC                        1

exceptional circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 19, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated:                                Respectfully submitted,[2]

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:

 /s/ Hang Gong
HANG GONG
Plaintiff (Pro Se)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  March 11, 2025

HON. NATHANAEL M. COUSINS
United States Magistrate Judge



---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Hang Gong
6092 Alcante Dr.
San Jose, CA 95129
kidogong@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   March 11, 2025

_____
LILLIAN DO
Paralegal Specialist

Stipulation to Stay
Case No. 5:25-cv-00273-NC             3