PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HANG GONG, | Case No. 5:25-cv-00273-NC |
| Plaintiff, | |
| v. | **STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT; ORDER** |
| PAMELA BONDI[1], Attorney General, United States Department of Justice, *et al.* | |
| Defendants. | |

    Plaintiff filed this mandamus action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. The U.S. Attorney's Office received service of the complaint on January 10, 2025. On May 14, 2025, United States Citizenship and Immigration Services ("USCIS") approved Plaintiff's Form I-485 application. Plaintiff now seeks to amend his complaint to include his spouse's Form I-485 application.

    Accordingly, the parties have conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for the filing of Plaintiff's amended complaint. The parties have

---

[1] Pamela Bondi is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
Case No. 5:25-cv-00273-NC      1

agreed to the following schedule:

    1.    Plaintiff will file an amended complaint by June 2, 2025.

    2.    Defendants will file their response to Plaintiff's amended complaint by July 2, 2025.

The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiff's amended complaint and Defendants' response.

Dated: May 19, 2025                                        Respectfully submitted,[2]

                                                                           PATRICK D. ROBBINS
                                                                           Acting United States Attorney

                                                                           */s/ Elizabeth D. Kurlan*
                                                                           ELIZABETH D. KURLAN
                                                                           Assistant United States Attorney
                                                                           Attorneys for Defendants

Dated: May 19, 2025

                                                                           */s/ Hang Gong*
                                                                           HANG GONG
                                                                           Plaintiff (Pro Se)

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 19, 2025

HON. NATHANAEL M. COUSINS
United States Magistrate Judge



---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 5:25-cv-00273-NC                                            2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT; [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Hang Gong
6092 Alcante Dr.
San Jose, CA 95129
kidogong@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 19, 2025

LILLIAN DO
Paralegal Specialist

Stipulation
Case No. 5:25-cv-00273-NC                    3